# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2021

Bridget M. McCormack,
Chief Justice

162734(60)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MICHELLE CARR, Personal Representative
of the Estate of MICHAEL CARR,
      Plaintiff-Appellant,

v

SC: 162734
COA: 350502
Wayne CC: 18-002631-NO

JUSTIN GREEN and AQUILA
MERRIWEATHER,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before April 28, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk